UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIMARK RAYGAL, LLC, and TRIMARK USA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTIN TOTH, an individual, MICHELLE FOCKE, an individual, ERICKA BAUTISTA, an individual, and JUST ABOUT COMMERCIAL KITCHENS INC., an Idaho Corporation,<br><br>Defendants. | Case No.: 8:19-cv-01194-FMO-JC<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

For good cause shown and pursuant to the stipulation of the Parties, it is hereby ordered that the Stipulated Protective Order become the order of this Court.

DATED: August 1, 2019

                                                                              /s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE